UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

    Evelyn R. Fine                       Chapter 13
                                        Case No. 20-00346-SMT

    Debtor

_____

**NOTICE OF APPEARANCE**

     Please take notice that Orlans PC has been retained as Attorney for Creditor, PHH Mortgage Corporation, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  August 25, 2020

                                                       Respectfully submitted,

                                                       /s/ Craig B. Rule
                                                     Craig B. Rule, Bar #1032659
                                                     Orlans PC
                                                     PO Box 5041
                                                     Troy, MI 48007
                                                     (248) 502-1400
                                                     Attorneys for PHH Mortgage Corporation
                                                     crule@orlans.com

**CERTIFICATE OF SERVICE**

The undersigned states that on August 25, 2020, copies of the foregoing Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Tommy Andrews, Jr.
122 North Alfred Street
Alexandria, VA 22314
tandrews@andrewslaw.net
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Evelyn R. Fine
4301 Massachusetts Ave., NW, #7011
Washington, DC 20016
*Debtor*

                                              /s/ Craig B. Rule
                                              Craig B. Rule, Esquire